1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONNIE BROOKS, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>WILLIAMS TANK LINES, a California corporation; MICHAEL WILLIAMS, an individual; MARK LILL, an individual, and DOES 1 through 50,<br><br>            Defendants. | Case No.  CV 10 1404-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' LEAVE TO FILE A FIRST AMENDED ANSWER AND PLAINTIFF AN EXTENSION OF TIME TO FILE A FIRST AMENDED COMPLAINT<br><br>Trial Date:         October 31, 2011<br>Complaint Filed:  April 2, 2010 |

1

[~~Proposed~~] Order Granting Defendants' Leave to File a First Amended Answer          *Brooks v. Williams Tank Lines, et al.*
and Plaintiff an Extension of Time to File a First Amended Complaint                        USDC NDC Case No. CV-10-1404-WHA

Having reviewed the parties' stipulation, filed concurrently herewith, IT IS HEREBY ORDERED:

☑ that Defendants Williams Tank Lines, Michael Williams, and Mark Lill be permitted to file a first amended answer within five days of receiving notice of the Court's signature below;

☑ that Plaintiff be permitted to file a first amended complaint on or before October 14, 2010. Defendants do not waive any rights they may have to respond to Plaintiff's first amended complaint should Plaintiff file such a complaint. Defendants waive service of notice and summons related to the first amended complaint provided Plaintiff serves Defendants' counsel of record with a file-stamped copy of the first amended complaint.

Date: September 30, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Defendants' Leave to File a First Amended Answer and Plaintiff an Extension of Time to File a First Amended Complaint

*Brooks v. Williams Tank Lines, et al.*
USDC NDC Case No. CV-10-1404-WHA