IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BROOKS, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

WILLIAMS TANK LINES, MICHAEL
WILLIAMS, MARK LILL, and DOES 1
through 50,

    Defendants.

No. C 10-01404 WHA

**ORDER REGARDING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

    Plaintiff has filed a motion for a temporary restraining order. The motion will be heard at **11:00 A.M. ON THURSDAY, OCTOBER 14, 2010**. Any opposition brief by defendants must be filed by **NOON ON TUESDAY, OCTOBER 12, 2010**. Any reply by plaintiff must be filed by **NOON ON WEDNESDAY, OCTOBER 13, 2010**. As to the discovery issues referenced in the motion, the parties are ordered to meet-and-confer beginning at **8:30 A.M. ON THURSDAY, OCTOBER 14**, in the Court's jury room, and remain in the jury room until the 11:00 a.m. calendar.

    Please note that only those who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE