**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BROOKS, on behalf of himself and others similarly situated,

    Plaintiff,

  v.

WILLIAMS TANK LINES, MICHAEL WILLIAMS, MARK LILL, and DOES 1 through 50,

    Defendants.

    /

No. C 10-01404 WHA

**ORDER REGARDING REQUEST FOR CONDITIONAL CERTIFICATION**

    Further information is required to aid the undersigned in considering the parties' stipulated request for limited certification of this purported class action. Counsel must submit a sworn record that covers all of the requirements of Rule 23 including the qualifications and personal history of Ronnie Brooks, and counsel must disclose any negative information about him or issues that may prejudice him being an adequate class representative. Counsel must submit this record by **FRIDAY, FEBRUARY 4, 2011, AT NOON**.

    **IT IS SO ORDERED.**

Dated: January 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE