IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAMS TANK LINES, MICHAEL WILLIAMS, MARK LILL, and DOES 1 through 50,<br><br>    Defendants.<br>                                             / | No. C 10-01404 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND APPOINTMENT OF INTERIM CLASS COUNSEL** |

       The parties' joint stipulation for conditional certification of a collective action and appointment of interim class counsel is **GRANTED IN PART AND DENIED IN PART** to the following extent. Of the paragraphs in the stipulation (Dkt. No. 45 at 4–5), the Court holds as follows:

       1. Approved;

       2. Approved;

       3. The Court designates Jack W. Lee as interim class counsel to act on behalf of the putative class action plaintiffs in this matter;

       4. Plaintiff and defendants must complete at least one mediation session with class action mediator, David Rotman, Esq., within the next 30 calendar days;

       5. Prior to any mediation, plaintiff's counsel must perform adequate due diligence with respect to items (i) through (viii);

       6. Disapproved;

       7. Disapproved; and

8. Disapproved.

The Court disapproves of the stipulation to suspend discovery and moves the class certification filing deadline to **MARCH 31, 2011**, but otherwise the deadlines in the case management order will remain in place.

The parties must give a copy of this order and the accompanying memorandum opinion to the mediator prior to the commencement of the mediation.

**IT IS SO ORDERED.**

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE