United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAMS TANK LINES, MICHAEL WILLIAMS, and MARK LILL,<br><br>    Defendants.<br>                                          / | No. C 10-01404 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION TO CONTINUE DATE FOR FILING MOTION FOR CLASS CERTIFICATION** |

     A prior order extended the deadline for filing the motion for class certification of this action to March 31, 2011, and granted in part and denied in part a stipulation to conditionally certify this action and appoint interim class counsel. The parties now state that they have reached, in principle, a class settlement agreement, "subject to Plaintiff's review of Defendants' financial condition." Defendants produced financial information, and plaintiff's forensic accountant completed her review of that information on March 23. The parties now want more time to "prepar[e] the class action settlement documents."

     The parties request until *April 29* to file their stipulation of class settlement and motion for preliminary approval. And they request that the date for filing a motion for class certification be continued — presumably in case the settlement falls through — to *May 30*. The parties state no reason why they need a month's time to file their settlement papers. And they state no reason to push the deadline for filing a motion for class certification into the summer, jeopardizing the whole case management schedule in this matter. The parties have not complied with a clearly-

stated order in this case: "please do not ask for any extensions on the ground of settlement discussions" (Dkt. No. 26 ¶ 14).

The parties shall have until **APRIL 14, 2011**, to either file their stipulation of class settlement and motion for preliminary approval, or for plaintiff's counsel to file their motion for class certification.

**IT IS SO ORDERED.**

Dated: March 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE