IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BROOKS, on behalf of himself
and others similarly situated,

    Plaintiff,

  v.

WILLIAMS TANK LINES, MICHAEL
WILLIAMS, and MARK LILL,

    Defendants.

No. C 10-01404 WHA

**ORDER GRANTING JOINT REQUEST FOR SHORT EXTENSION**

For good cause shown, the parties' joint request for two additional weeks to file their stipulation of class settlement and motion for preliminary approval is **GRANTED**, and the parties shall have until **APRIL 28, 2011**, to either file their stipulation of class settlement and motion for preliminary approval, or for plaintiff's counsel to file their motion for class certification.

**IT IS SO ORDERED.**

Dated: April 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE