# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RONNIE BROOKS, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>WILLIAMS TANK LINES, a California corporation; MICHAEL WILLIAMS, an individual; MARK LILL, an individual, and DOES 1 through 50,<br><br>　　　　　　　　　　Defendants. | Case No. 10-cv-1404 WHA<br><br>[PROPOSED] ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) |

　　The Court has considered Plaintiff Ronnie Brooks' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Declaration of Sean Tamura-Sato filed in support. Good cause being shown, Plaintiff's Administrative Motion is hereby GRANTED.

　　IT IS HEREBY ORDERED THAT the Declaration of Monica Ip in Support of Motion for Certification of Settlement Class and Preliminary Approval of Settlement shall be filed under seal.

Dated: __May 5____, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

1
[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL