IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BROOKS, on behalf of himself
and others similarly situated,

    Plaintiff,

  v.

WILLIAMS TANK LINES, MICHAEL
WILLIAMS, and MARK LILL,

    Defendants.
                                   /

No. C 10-01404 WHA

**ORDER REGARDING PROPOSED CLASS SETTLEMENT AGREEMENT RELEASE**

In reviewing the proposed class settlement agreement, it appears that the parties have accounted for the administration of a settlement for overlapping classes of FLSA and California claimants. Yet, there is a problem with the release. It does not account for class members who may be in one class but not the other. More specifically, if a class member does not opt out and is thus in the California class, but does not cash her settlement check and is thus *not* in the FLSA class, which portion of the release will apply to her? Given that the settlement agreement otherwise provides for potentially separate treatment of the two classes, shouldn't there be two releases, one that would apply to FLSA class members and the other that would apply to California class members, both of which may apply to most of the class members? The current release does not account for this scenario. Counsel shall please fix this or explain the discrepancy by **WEDNESDAY, MAY 11, 2011, AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE