IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAMS TANK LINES, MICHAEL WILLIAMS, and MARK LILL,<br><br>    Defendants.<br>                                              / | No. C 10-01404 WHA<br><br>**NOTICE REGARDING WILLIAMS TANK LINES FINANCIAL STATEMENTS** |

    Counsel for Williams Tank Lines shall please bring to the hearing tomorrow all company financial statements provided to lenders within the last five years.

Dated: May 11, 2011.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE