IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BROOKS, on behalf of himself and others similarly situated,

    Plaintiff,

  v.

WILLIAMS TANK LINES, MICHAEL WILLIAMS, and MARK LILL,

    Defendants.

No. C 10-01404 WHA

**ORDER DIRECTING CLERK TO FILE FINANCIAL STATEMENTS UNDER SEAL**

The Clerk shall please file the financial statements for Williams Tank Lines — received at the motion hearing yesterday — under seal.

**IT IS SO ORDERED.**

Dated: May 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE