**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BROOKS, on behalf of himself
and others similarly situated,

    Plaintiff,

  v.

WILLIAMS TANK LINES, MICHAEL
WILLIAMS, and MARK LILL,

    Defendants.
_____ /

No. C 10-01404 WHA

**NOTICE OF RECEIPT OF OBJECTION FROM MARK L. MICK JR.**

    The appended letter objecting to the class action settlement was received yesterday from Mark L. Mick Jr. As it is unclear from the letter whether copies were served on counsel, this notice is filed for sake of completeness of the record. Before the settlement will be approved, Mr. Mick's objection must be addressed.

Dated: August 11, 2011.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

Case # 10-CV-1464

August 08/2011

Mark L. Mick Jr
9060 Osage Ave
Sacramento, Ca 95829
916-718-1825
12/06/1970

Honorable Judge William Alsup ,

Please accept this letter as a formal written objection to the offer of $2632.07.
I worked for William Tank Lines since @March,2005-Septemebr 2009. I worked more than 180 weeks than what they are stating, I am due the overtime that I worked for.
I did not get any lunch breaks and I worked more than 9 hrs a day with no overtime pay.
I am unable to get copies of my pay stubs due to William Tank will not release my copies.
I feel the $2632.07 is a slap in my face and they are still getting away with not doing what is right and paying all the overtime that is due per hour per day not per week.
I feel there needs to be a much more thorough investigation in our overtime and the correct amount they need to pay.
We were forced to work without over time from 6:am to 6:pm if you questioned them and informed them you could not work certain hours certain days they threatened you your job, with that said I feel they abused the unemployment stats and made everyone fearful to say anything do to the high unemployment rate.  I personally know how they can lie and cause stress in your life.
I tried to get unemployment benefits as I have two small children and they put a person on the phone that had nothing to do with releasing me of my job.  He was only going off of here say and then lied about being written up when this never happened.  So again here I am with them trying to not pay me what is do me.

Sincerely,
Mark L. Mick Jr

Mark Mick JR
9060 osage ave
Sacramento CA 95829

Honorable Judge Williams Alsup
US District court for western california
450 Golden Gate Ave
San Francisco CA 94102
Case # 10-cv-1404